# Court of Appeals
# of the State of Georgia

ATLANTA,   December 09, 2016

*The Court of Appeals hereby passes the following order:*

**A17E0022. BOBBY R. DENNIS v. THE STATE.**

Upon consideration of the emergency motion Bobby R. Dennis filed on December 5, 2016 pursuant to Rule 40 (b) for a 30-day Extension of Time to File an Application for Discretionary Appeal, it is hereby GRANTED.  See OCGA § 5-6-35; Court of Appeals Rules 32 and 40 (b).

Dennis shall have through and until January 5, 2017 to file an application for discretionary appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   12/09/2016*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*